IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE WILLIAMS,<br>      Petitioner, | )<br>)<br>) |
| v. | )  Civil Action No. 08-1737<br>) |
| SUPERINTENDENT OF SCI<br>HUNTINGDON, et al.,<br>      Respondents. | )<br>)<br>)<br>) |

O R D E R

AND NOW, this 14th day of July 2009, after a petition for a writ of habeas corpus was filed by the petitioner, Eugene Williams, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the parties were accorded time to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Eugene Williams for a writ of habeas corpus is dismissed, and because reasonable jurists could not conclude that there is a basis for appeal, that a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
United States District Judge